

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

**GROVER SELLERS**
**ATTORNEY GENERAL**

Honorable D. K. Woodward, Jr.
Chairman, Board of Regents
University of Texas
Kirby Building
Dallas, Texas

Dear Sir:

Opinion No. 0-7482
Re: Authority of Legislature
to levy a tax or to appropriate
money out of General Revenue
Fund for erection of buildings
of the University of Texas

We are in receipt of your telegram, dated November 3, 1946, requesting the opinion of this department on the following question:

Has the Texas Legislature the power to levy any tax or to appropriate any money out of the General Revenue Fund for the erection of buildings of the University of Texas?

Article VII, Sec. 14 of the Constitution of Texas, which is applicable to the question submitted, provides as follows:

"The Legislature shall also when deemed practicable, establish and provide for the main-tenance of a College or Branch University for the instruction of the colored youth of the State to be located by a vote of the people; <u>provided that no tax shall be levied and no money appropriated out of the General Revenue Fund, either for this purpose or for the establishment and erection of the buildings of the University of Texas.</u>" (Underscoring ours)

In accordance with the plain and unambiguous provision

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. D. K. Woodward, Jr. - Page 2

of the Texas Constitution above cited, the Texas Legislature is without authority or power to levy or to cause to be levied a tax, or to appropriate money out of the General Revenue Fund for the erection of buildings of the University of Texas. It follows that our answer to the submitted question must be and is in the negative.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By        Chester E. Ollison
                Assistant

CEO:BT

APPROVED NOV 6 1946

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN
